| | | | | |
|---|---|---|---|---|
| State v. Hobbs | 107,667 | Granted | 10/17/13 | Unpublished |
| State v. Hochard | 102,893 | Denied | 02/18/14 | Unpublished |
| State v. Hogan | 107,258 | Denied | 02/12/14 | Unpublished |
| State v. Hogan | 107,529 | Denied | 10/30/13 | Unpublished |
| State v. Hooks | 107,582 | Denied | 02/12/14 | Unpublished |
| State v. Hosler | 108,111 | Denied | 11/20/13 | Unpublished |
| State v. Houser | 108,588 | Denied | 02/12/14 | Unpublished |
| State v. Hurtado | 108,700 | | | |
| | 108,701 | | | |
| | 108,702 | Denied | 10/30/13 | Unpublished |
| State v. Jackson | 108,375 | Denied | 02/12/14 | Unpublished |
| State v. James | 106,083 | Granted | 10/01/13 | 48 Kan. App. 2d 310 |
| State v. Janzen | 107,886 | Denied | 10/28/13 | Unpublished |
| State v. Johnson | 107,524 | Denied | 10/28/13 | Unpublished |
| State v. Jolly | 106,680 | Granted | 10/04/13 | Unpublished |
| State v. Jordan | 106,409 | Granted | 10/01/13 | Unpublished |
| State v. Juarez-Jimenez | 106,206 | Denied | 12/27/13 | Unpublished |
| State v. Kantor | 109,057 | Denied | 12/27/13 | Unpublished |
| State v. Keel | 106,096 | Granted | 10/01/13 | Unpublished |
| State v. Kendall | 106,960 | Granted | 12/27/13 | Unpublished |
| State v. Kenney | 106,508 | Granted | 10/01/13 | Unpublished |
| State v. Laborde | 107,872 | Granted | 01/21/14 | Unpublished |
| State v. Landwehr | 107,273 | Denied | 11/22/13 | Unpublished |
| State v. Lawrence | 106,207 | Denied | 10/28/13 | Unpublished |
| State v. Lizama-Lazo | 108,318 | Denied | 02/12/14 | Unpublished |
| State v. Lollar | 109,260 | Denied | 02/12/14 | Unpublished |
| State v. Loring | 106,763 | Denied | 10/30/13 | Unpublished |
| State v. Lynch | 107,760 | Denied | 10/28/13 | Unpublished |
| State v. Macomber | 107,205 | Denied | 02/18/14 | Unpublished |
| State v. Macomber | 107,206 | Denied | 02/18/14 | Unpublished |
| State v. Manuel | 107,296 | Denied | 10/07/13 | Unpublished |
| State v. Mathia | 107,567 | Denied | 10/07/13 | Unpublished |
| State v. McComb | 106,841 | Denied | 10/17/13 | Unpublished |
| State v. McMackin | 109,022 | Denied | 02/12/14 | Unpublished |
| State v. Meeks | 106,107 | Granted | 10/01/13 | Unpublished |
| State v. Miller | 108,499 | | | |
| | 108,500 | Denied | 10/29/13 | Unpublished |
| State v. Miller | 109,354 | Denied | 12/27/13 | 49 Kan. App. 2d 491 |
| State v. Milligan | 108,094 | Denied | 10/29/13 | Unpublished |
| State v. Mingle | 107,326 | Denied | 10/29/13 | Unpublished |
| State v. Morgan | 107,515 | Denied | 10/29/13 | Unpublished |
| State v. Morgan | 108,043 | Denied | 10/28/13 | Unpublished |
| State v. Neer | 107,890 | Denied | 02/12/14 | Unpublished |
| State v. Nelson | 108,120 | Denied | 10/07/13 | Unpublished |
| State v. Nolen | 108,738 | Denied | 02/12/14 | Unpublished |
| State v. Oliver | 109,224 | Denied | 02/13/14 | Unpublished |